# United States District Court

DISTRICT OF Massachusetts

Federal Insurance Company, as
subrogee of Wynn A. Sayman
and Elizabeth Sayman,
        Plaintiffs,

v.

Berkshire Propane, Inc., a division
and subsidiary of Berkshire Energy
Resources, a Massachusetts Business
Trust,
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-30071-KPN

TO: (Name and Address of Defendant)

Berkshire Energy Resources,
a Massachusetts Business Trust
115 Cheshire Road
Pittsfield, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street - Suite 101
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

April 7, 2004
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

**Berkshire County Sheriff's Office • Judicial Process Division**

467 Cheshire Rd. • Pittsfield, MA 01201 • (413) 443-6841

April 22, 2004

I hereby certify and return that on 4/21/2004 at 2:10PM I served a true and attested copy of the Summons & Complaint, Civil Cover Sheet, Notification Regarding Court to Proceed Before a U.S. Magistrate Judge, Local Category Sheet in this action in the following manner: To wit, by delivering in hand to Robert Alessio, Trustee, for Berkshire Energy Resources at 115 Cheshire Road, Pittsfield, MA 01201. Attestation ($5.00), Conveyance ($1.50), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $61.20

Deputy Sheriff, Ronald J. Marcella, Sr.

_Deputy Sheriff_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                        Date                                    Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.