UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S

FEDERAL INSURANCE COMPANY, as subrogee of )
WYNN A. SAYMAN and ELIZABETH SAYMAN, )

2004 MAY 11 A 11: 52

)
      Plaintiff, )

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
v. ) Civil Action No.: 04-30071-KPN
)
BERKSHIRE PROPANE, INC., a division and )
  subsidiary of BERKSHIRE ENERGY RESOURCES, )
  a Massachusetts Business Trust, )
)
      Defendants. )

## NOTICE OF DISMISSAL, WITH PREJUDICE

Federal Insurance Company, as subrogee of Wynn A. Sayman and Elizabeth Sayman, the plaintiff in the above-referenced, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), of its voluntary dismissal of this action and the claims asserted in this litigation, all with prejudice and without costs.

Dated: ~~April~~ May 10, 2004

          THE PLAINTIFF,
          FEDERAL INSURANCE COMPANY, as
          subrogee of WYNN A. SAYMAN and
          ELIZABETH SAYMAN,

          By: /s/ Mark J. Albano
          Mark J. Albano, Esq.
          DALSEY, FERRARA & ALBANO
          73 State Street, Suite 101
          Springfield, MA 01103-2069
          Tel. (413) 736-6971
          Fax. (413) 746-9224
          email: malbano@dalsey-ferrara.com
          B.B.O. No.: 013860